M. P. No. 73-250. GARY G. LYONS v. EUGENE P. PETIT, JR., *Registrar*. Petition for writ of certiorari denied. *Aram K. Berberian*, for petitioner. *Richard J. Israel*, Attorney General, *George H. Egan*, Special Asst. Attorney General, for respondent.

M. P. No. 73-261. VINCENT V. NARDONE v. JAMES W. MULLEN, *Warden*. Respondent directed to file answer to petition for habeas corpus and therein to *show cause*, if any, why the writ should not issue as prayed, answer to comply with the provisions of Rule 14. *William M. Butler*, for petitioner. *Richard J. Israel*, Attorney General, for respondent.

M. P. No. 73-266. IN RE ROBERT CALDARONE. Attorney General directed to file answer to petition for habeas corpus and therein to *show cause*, if any, why the writ should not issue as prayed, answer to comply with the provisions of Rule 14. *Bevilacqua & Cicilline, John F. Cicilline*, for petitioner. *Richard J. Israel*, Attorney General, for respondent.

APPEAL No. 73-6. STEVEN NAGY v. JOHN F. MCBURNEY. Motion of appellant to correct jacket record of Superior Court is remanded to the Superior Court for action pursuant to Rule 10(e) of the rules of Supreme Court. *Herbert Katz*, for appellant. *John F. McBurney*, pro se, appellee.

APPEAL No. 73-72. MARIA MALAK v. WILLIAM D. MACINTOSH. Defendant-appellee's motion to declare lis pendens null and void is denied without prejudice to the right of defendant to renew the motion at the hearing on the merits. *William H. McSoley, Jr.*, for plaintiff-appellant. *Higgins, Cavanagh & Cooney, Kenneth P. Borden*, for defendant-appellee.